for filing the statement of the case expired and no transcript having been filed in this court, the motion is sustained.

No. 2973. MORA, APPELLANT, v. GRILLO ET AL., APPELLEES. —District Court of Humacao. Decided February 20, 1923. Demolition of building. The appellee's motion for dismissal is sustained.

No. 2976. KANSAS MILLING COMPANY, APPELLEE, v. SÁNCHEZ, APPELLANT.—District Court of Humacao. It appearing that several extensions were granted for preparing the statement of the case, that the district judge denied a new extension on January 16, 1922, that the legal term expired without a statement being filed and that when the appellee's motion for dismissal was filed the transcript had not been filed, the motion is sustained and the appeal is dismissed.

No. 2020. PEOPLE, APPELLEE, v. TORRES, APPELLANT. — District Court of Humacao. Decided February 20, 1923. Petty larceny. The hearing having been had and the appellant having made no plea either orally or in writing, the appeal is dismissed.

No. 2023. PEOPLE, APPELLEE, v. RUBIO, APPELLANT.—Violation of section 288 of the Penal Code.—No. 2025. PEOPLE, APPELLEE, v. PÉREZ, APPELLANT.—First District Court of San Juan. Decided February 23, 1923. Adulteration of milk. The appellants having filed no brief, the appeals were dismissed.

No. 558. HEIRS OF IRIZARRY AND TORO ET AL., APPELLANTS, v. REGISTRAR OF SAN GERMÁN, RESPONDENT. — Decided February 23, 1923. It appearing from deed No. 2 executed before notary Benito Forés Morazo on January 5, 1923, that the property sought to be recorded is separate and not community property, the registrar's decision was reversed and the record ordered.

No. 2964. TOTTI ET AL., PLAINTIFF-APPELLANTS, v. ANSORGE EXPORT COMPANY, DEFENDANT-APPELLANT. — District